# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **NORA WYMAN** | **CIVIL DOCKET NO. 3:23-01636** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MARTIN O' MALLEY, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 14] of the Magistrate Judge previously filed herein, after an independent review of the record, having no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is AFFIRMED, in its entirety, and that this matter is hereby DISMISSED WITH PREJUDICE, consistent with the REPORT AND RECOMMENDATION.

THUS DONE AND SIGNED in Chambers this 3rd day of December 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE